## NATIONAL DISTILLERS AND CHEMICAL CORPORATION

v.

FEDERAL BARGE LINES, INC., Chotin Transportation Company, Inc., Clifford C. Northon, Jr., d/b/a Star Towing Company, and The Travelers Insurance Company.

No. 47159.

March 31, 1964.

In re: Clifford C. Northon, Jr., d/b/a Star Towing Company, and Star Towing Company, Inc. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So. 2d 717.

The application is denied. We find no merit to applicants' claim.

162 So.2d 12

## Martin McNUTT, Jr.

v.

H. B. HUGHES CONSTRUCTION CO. and The Travelers Insurance Company or The Travelers Indemnity Company.

No. 47169.

March 31, 1964.

In re: Martin McNutt, Jr., applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 161 So.2d 315.

Writ refused. No error of law.

162 So.2d 12

## Eva Bertrand PITRE et al.

v.

## ALL STATE INSURANCE COMPANY et al.

No. 47171.

March 31, 1964.

In re: Eva Bertrand Pitre et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 160 So.2d 402.

Writ refused. Under the facts found by the Court of Appeal, we find no error of law in the result reached by the Court of Appeal.

162 So.2d 12

## Leon WALKER

v.

Richard E. BROWN, Jr., Administrator, Division of Employment Security, Department of Labor, State of Louisiana, and Shreveport Grain & Elevator Co.

No. 47172.

March 31, 1964.

In re: Richard E. Brown, Jr., Administrator of the Division of Employment

Security, Department of Labor, State of Louisiana applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 160 So.2d 258.

Writ refused. The result is correct.